UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
JENNIFER LOUISE LEMAIRE          CASE NO: 19-52510
                                                      CHAPTER: 13
                                                      JUDGE: RANDON
                  Debtor(s)     /

**WITHDRAW OF DEBTOR'S EX PARTE MOTION FOR CONTEMPT [Docket No. 70]**

      **PLEASE TAKE** notice that the Debtor and State of Michigan have resolved the issues as set forth in Debtor's Motion to Show Cause Why the State of Michigan Should Not be Held in Contempt [Docket No. 70]; and Debtor Withdraws the Motion.

Respectfully submitted,

    /s/C. Jason Cardasis
C. Jason Cardasis (P54930)
Attorney for Debtor
24100 Woodward Avenue
Pleasant Ridge, MI 48069
248-584-2100
jasoncardasis@boclaw.com

Dated: October 12, 2022

IN RE:
JENNIFER LOUISE LEMAIRE          CASE NO: 19-52510
                                                                      CHAPTER: 13
                                                                      JUDGE: RANDON

                 Debtor(s)      /

## CERTIFICATE OF SERVICE

       **C. JASON CARDASIS** on October 12, 2022, did send the following pleadings via the Court's ECF System: Withdraw of Debtor's Ex Parte Motion for Contempt et. seq. [Docket No. 70]; upon:

Chapter 13 Trustee Krispen S. Carroll
719 Griswold, Ste. 1100
Detroit, MI 48226

**Michigan Department of Treasury**
**Bankruptcy Unit**
**P.O. Box 30168**
**Lansing, MI 48909**

**Michigan Department of Treasury**
**c/o Michigan Attorney General**
**Moe Freedman, Esq.**
**P.O. Box 30456**
**Lansing, MI 48909**

Respectfully submitted,

     /s/C. Jason Cardasis
C. Jason Cardasis (P54930)
Attorney for Debtor
24100 Woodward Avenue
Pleasant Ridge, MI 48069
248-584-2100
jasoncardasis@boclaw.com

Dated: October 12, 2022